CONNIE WOODELL AND JAMES WOODELL, III v. PINEHURST SURGICAL CLINIC, P.A., MICHAEL T. PISHKO, M.D., W. K. KILPATRICK, M.D., CLIFFORD J. LONG, M.D., AND JERRY E. SMITH, M.D.

No. 8A86

(Filed 6 May 1986)

PLAINTIFFS appeal as a matter of right, pursuant to N.C.G.S. § 7A-30(2), from a decision of a divided panel of the Court of Appeals, 78 N.C. App. 230, 336 S.E. 2d 716 (1985), affirming the order granting summary judgment for defendants entered by *Helms, J.,* on 5 September 1984 in Superior Court, MOORE County. Heard in the Supreme Court 16 April 1986.

*Staton, Perkinson, West, Doster & Post, by Stanley W. West, for plaintiff-appellants.*

*Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, by Samuel G. Thompson and William H. Moss, for defendant-appellees.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.